MARCH 28, 2012

No. 11–8735 (11A796). HERNANDEZ v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. ▮

No. 11–9486 (11A904). HERNANDEZ v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

APRIL 2, 2012

No. 10–7502. REYNOLDS v. THOMAS, WARDEN. C. A. 9th Cir. Certiorari dismissed. ▮

No. 11–8556. BOOK v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–8799. WOOLRIDGE v. BITER, ACTING WARDEN. C. A. 9th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11A622. BUSH v. LINDSEY, WARDEN. Application for bail, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 11A797. WILBON v. BOOKER. Application for certificate of appealability, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2625. IN RE DISCIPLINE OF KLINE. Ronald Craver Kline, of Irvine, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-